# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Blvd., South, Ste. 5000
Las Vegas, Nevada 89101
(702) 388-6336

DANIEL G. BOGDEN
United States Attorney
BRIAN PUGH
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

2010 JAN 20 P 1:53

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRETT GIBBS,<br><br>Defendant. | Case No.: 2:09-cr-0419-PMP-LRL<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>**(First Request)** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Daniel G. Bogden, United States Attorney, and Brian Pugh, Assistant United States Attorney, and John Wawerna, counsel for Defendant BRETT GIBBS, that the sentencing date in the above-captioned matter currently scheduled for January 26, 2010 at 10:00 p.m. be vacated and continued 90 days or to a date thereafter which is convenient to the Court.

This stipulation is entered into for the following reasons:

1. On October 29, 2009, defendant plead guilty to a one count information charging him with bank fraud in violation of Title 18, United States Code, Section 1344.

2. Defendant has agreed to provide substantial assistance for which defendant hopes the government will move for a downward departure at the time of sentencing.

3. Defendant's testimony may be needed in the trials of other individuals.

4. Denial of this request for continuance would deny the defendant sufficient time and opportunity within which to fully cooperate with the Government, taking into account the exercise of due diligence.

5. Defendant is not in custody.

6. Defendant has no objection to a continuance of this matter.

7. This request for a continuance is made in good faith and is not intended to delay the proceedings in this matter

8. There have been no previous requests for continuance of the sentencing date granted herein.

Respectfully submitted.

DANIEL G. BOGDEN
United States Attorney

1-20-10
DATE

BRIAN PUGH
Assistant United States Attorney

1-20-10
DATE

JOHN WAWERNA
Counsel for Defendant
Brett Gibbs

2

4. Denial of this request for continuance would deny the defendant sufficient time and opportunity within which to fully cooperate with the Government, taking into account the exercise of due diligence.

5. Defendant is not in custody.

6. Defendant has no objection to a continuance of this matter.

7. This request for a continuance is made in good faith and is not intended to delay the proceedings in this matter

8. There have been no previous requests for continuance of the sentencing date granted herein.

Respectfully submitted.

DANIEL G. BOGDEN
United States Attorney

1/20/10                              /s/ Brian Pugh
DATE                                 BRIAN PUGH
                                     Assistant United States Attorney


1/20/10                              /s/ John Wawerna
DATE                                 JOHN WAWERNA
                                     Counsel for Defendant
                                     Brett Gibbs

2

2010 JAN 20  P 1:53

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.: 2:09-cr-0419-PMP-LRL |
| Plaintiff, ) | |
| vs. ) | **ORDER CONTINUING SENTENCING** |
| ) | |
| BRETT GIBBS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Based on the pending stipulation of counsel, and good cause appearing therefore, the court hereby finds that:

**IT IS HEREBY ORDERED** that the sentencing hearing in the above-captioned matter currently scheduled for January 26, 2010, at the hour of 10:00 p.m., be vacated and continued until _____, 2010, at the hour of _____ __.m.

DATED this _____ day of January 2010.

_____
UNITED STATES DISTRICT COURT JUDGE

3