SEALED

Office of the United States Attorney
333 Las Vegas Blvd., South, Ste. 5000
Las Vegas, Nevada 89101
(702) 388-6336

1 | DANIEL G. BOGDEN
United States Attorney
2 | BRIAN PUGH
Assistant United States Attorney          2010 APR 20 P 1: 06
3 | 333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
4 | (702) 388-6336

5

6

7

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

8

9 | UNITED STATES OF AMERICA                    )
                                             )        Case No.: 2:09-cr-0419-PMP-LRL
                        Plaintiff,           )
10 | vs.                                       )        **GOVERNMENT'S MOTION FOR**
                                             )        **DOWNWARD DEPARTURE**
11 |                                           )
    BRETT GIBBS,                              )
12 |                                           )
                        Defendant.           )
13 |                                           )
                                             )
14

15          The United States, by and through Daniel G. Bogden, United States Attorney, District of

16   Nevada, and Brian Pugh, moves for a downward departure of two levels based on BRETT GIBBS'

17   substantial assistance pursuant to U.S.S.G., § 5K1.1.

18          Nature of Cooperation:  Before being charged herein and on his own initiative, defendant

19   approached law enforcement to provide cooperation.  Defendant gave information regarding his

20   own and coconspirators involvement in a mortgage fraud scheme.  On two additional occasions,

21   defendant provided statement to the U.S. Attorney's Offices.  Three of defendant's coconspirators

22   are charged by indictment in United States v. Depue, U.S. District of Nevada Case No. 2:10-cr-

23   121-RLH-RJJ.  Six others have pled guilty to charges filed by information.  Defendant is willing to

24   testify at the trial of his coconspirators.  Defendant further assisted by recording conversations

25   with three targets of the government's investigation.

26

1   Guideline Calculations: Defendant is a Criminal History Category I.  Probation has

2 calculated the total offenses level to be 16 after a 3-level reduction for acceptance of responsibility.

3 The Government recommend the low end of the sentencing range.  The guideline range is 21 to 27

4 months in prison, zone D.  An additional two-level downward adjustment for "substantial

5 assistance" would result in an offense level of 14 and a guideline range of 15 to 21 months in

6 prison, zone D.

7   Recommendation:   So long as Defendant continues to accept responsibility in accordance

8 with the terms of the plea memorandum, the United States will recommend that Defendant be

9 given a two-level downward adjustment for "substantial assistance" and be sentenced to the low-

10 end of the adjusted guideline range.

11   DATED this 20th day of April 2010.

12          Respectfully Submitted,

13          DANIEL G. BOGDEN
           United States Attorney

14

15

16          BRIAN PUGH
           Assistant United States Attorney

17

18

19

20

21

22

23

24

25

26

<u>CERTIFICATE OF SERVICE</u>

UNITED STATES OF AMERICA,    )
                                 )
          Plaintiff,        )
                                 )       2:09-cr-00419 PMP-LRL
          vs                     )
                                 )
BRETT GIBBS,                )
                                 )
          Defendant.      )
                                 )

The undersigned hereby certifies that she is an employee in the office of the United States Attorney for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on April 20, 2010, she served a copy of the attached **GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE** by providing a copy to the person(s) hereinafter named, at the by facsimile to fax #702-382-1828

        Addressee: John Wawerna

                                                        MICHELLE BAILEY
                                                        Legal Assistant Name