**FILED**

APR 2  2010

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:09-CR-419-PMP (LRL) |
| Plaintiff, | **ORDER OF FORFEITURE** |
| v. | |
| BRETT GIBBS, | |
| Defendant. | |

This Court found on October 29, 2009, that BRETT GIBBS shall pay a criminal forfeiture money judgment of $493,600.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1)(A); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

. . .

. . .

. . .

. . .

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from BRETT GIBBS a criminal forfeiture money judgment in the amount of $493,600.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this 26 day of April, 2010.

UNITED STATES DISTRICT JUDGE