Prob12B
D/NV Form
Rev. Mar. 2007

# United States District Court

## for

## the District of Nevada

**REQUEST FOR MODIFICATION
TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**August 8, 2011**

**Name of Offender:** Brett Gibbs

Case Number: **2:09-CR-419-PMP-LRL**

Name of Sentencing Judicial Officer: Honorable Phillip M. Pro

Date of Original Sentence: April 26, 2010

Original Offense: Bank Fraud, Aiding and Abetting

Original Sentence: 12 months and 1 day custody, 3 years supervised release

Date Supervision Commenced: May 6, 2011

## PETITIONING THE COURT

___ To extend the term of supervision _____ Months, for a total term of _____ Months.

_✓_ To modify the conditions of supervision as follows:

**The defendant shall pay restitution at the rate of 10% of his gross monthly income until such time as the Court may alter that payment schedule in the interests of justice. The U.S. Probation Office and U.S. Attorney's Office shall monitor the payment of restitution and report to the Court and material change in the defendant's ability to pay.**

Prob12B
D/NV Form
Rev. Mar. 2007

---

## CAUSE

The offender is currently being supervised in the Southern District of Florida. To adequately supervise the offender, they are requesting the above listed modification. The offender has read and signed the attached Probation Form 22, and waives his right to a hearing in this matter.

Respectfully submitted,

*[signature]*
MITCHELL E. OSWALD
Senior United States Probation Officer

APPROVED: /S/ MPS

---

## THE COURT ORDERS:

_____ No action

_____ The extension of supervision as noted above

_____ The modification of conditions as noted above

_____ Other

_____
Signature of Judicial Officer

_____
Date