PROB 49
(3/89)

SD/FL PACTS #104520

**CONFIDENTIAL**
**DO NOT FILE   DO NOT SCAN**
**RETURN TO PROBATION**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall pay restitution at the rate of 10% of his gross monthly income until such time as the court may alter that payment schedule in the interests of justice. The U.S. Probation Office and U.S. Attorney's Office shall monitor the payment of restitution and report to the court any material change in the defendant's ability to pay.

Witness: _____
U.S. Probation Officer
Glenn A. Kohlhepp

Signed: _____
Supervised Releasee
Brett Gibbs

6-6-11
Date