UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-CR-00419-PMP-LRL |
| Plaintiff, | **ORDER** |
| vs. | |
| BRETT GIBBS, | |
| Defendants. | |

**IT IS ORDERED** that Defendant Brett Gibbs' letter of January 10, 2012, received January 18, 2012, shall be filed and referred to the Office of the United States Probation and the Office of the United States Attorneys's Office for a Response within 30 days from the date of this Order.

DATED: January 19, 2012.

_____
PHILIP M. PRO
United States District Judge

RE: Case # 2:09-CR-419-PMP-LRL

January 10, 2012

Honorable Judge Pro,



I am requesting to have my travel restrictions lifted. I have discussed this request with my probation officer and he has directed me to submit this motion.
There are multiple reasons for this request.

Family visits- Neither my wife's or my families live within the probation district so I have to ask every holiday, birthday or family event to leave the district to see them. I have already had to miss several family gathering because of my limited travel ability.

Work - I need to be able to travel in order to increase my client base and expand on services I can offer to my current clients. I am currently working in marketing and promotions for several clients in the south Florida area and surrounding islands.
1. Firstly, Our number one client has asked me to go to Chicago and California to train some of the GNC staff on the nutritional products we promote for them. The more cities that I can visit the more money I can earn with them.
2. Second, I have been offered a job through my wife's company for Bimini Bay Resort which is 60 miles off the coast where I live in Hallandale beach. The job requires me to travel by ferry (90 minutes) to Bimini three days per week.

3. I have a confirmed job in Dominican Republic on May 5-8, 2012. The basis for the economy here in Miami is tourism and travel. Resort jobs like these are becoming our main source of income.

Since sentencing, I have completed my incarceration free of incident reports and completed all required programming. I have attended 100% of my meetings with probation and have passed 100% of my drug screening tests. I have set up a payment arrangement through probation to pay my restitution and have made 100% of the payments scheduled thus far and wish to increase the payment amount by earning more income through these jobs. I held off submitting this request to Your Honor until this year so as to build a track record that shows 100% participation with probation as well as a solid track record of travel that has been monitored by probation. I promise to continue to give 100% participation and cooperation with probation however, at this time, I ask you to take the responsibility off the probation department and allow me to travel, not only for family reasons, but work as well. I feel very lucky to be given the work opportunities that have been presented to me and stand ready to give these clients your decision.

I am aware that probations position will be (must be) to disagree with my request however I feel that my track record, unique family situation and the work opportunities that have been offered

to me call for this consideration. If it need be, Your Honor I can make an appearance in your court if you wish to ask any questions of me, or I can be reached at 954.551.0049.

I could not afford to have a lawyer prepare this motion for me so please excuse any departure from format or procedure.

Regards,

Brett Gibbs

1830 S Ocean Dr. #4107

Hallandale Beach, FL 33009

```
RECEIVED
CHAMBERS OF

JAN 1 8 2011

PHILIP M. PRO
U.S DISTRICT JUDGE
```