## Motion for Permission to Travel for Work

FILED
MAR 22 2012
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

RE: Case # 2:09-CR-419-PMP-LRL

Judge Philip Pro,

Your Honor, I am requesting permission to travel for work to Bimini Bahamas. This job is a permanent position and requires monthly travel from Port Everglades Florida (aprox 10 miles from my house) to Bimini Bahamas (aprox 50 miles from our house). Commute will be by ferry boat taking about 1.5 hours, or by plane taking 20 minutes.

The position is with Sakara Beach Club which is part of the Bimini Bay Resort. It entails marketing, promotions, event planning and business development for the club. This position is in compliance with the special terms of my probation. The owner of the company is aware of my probationary status and is willing to afford this opportunity to be a part of his company and their future. This position will begin as soon as I have the order with permission to make this commute.

As Your Honor is aware, I have already successfully completed one international business trip this year to the Dominican Republic. I have the support of probation officer Mrs Holmes to pursue my career with the club and resort. My record with probation is perfect, having attended all meetings, turned in all required forms, made all payments in accordance to my restitution agreement and completed all my obligations to Mr. Pughs office. Approving travel for this opportunity will allow me to make larger monthly payments toward my restitution and more importantly increase my income so my wife and I can start our own family.

In order to support this request I am attaching a letter of employment from Sakara Beach Club. If you have any questions or concerns regarding this request please do not hesitate to call me at 954.551.0049.

Regards,

Brett Gibbs



SAKARA
1301 N Aviation Ave
Delray Beach FL 33444
561-117-5640 Office
561-674-6536 Direct

Letter of Employment for Brett J Gibbs

To whom it may concern,

We are offering Mr. Gibbs (Contour Event Managment) a position with Sakara Beach Club starting immediately. This offer is contingent on his ability to travel to and from Port Everglades Florida and Bimini Bahamas. As business developer and special event coordinator, Mr. Gibbs duties will include creating and promoting monthly and annual events for Sakara Beach Club. He will be required to plan and attend each event, market to boaters and tour companies in south Florida and promote events through social media and direct marketing strategies.

I am aware of Mr. Gibbs probationary status and that he is required to ask for permission to accept this position do to the travel requirements. We look forward to receiving news of his approval. If you have any questions regarding this letter I may be reached using the following contact information.

Garrick Edwards: 561-674-6536

or

Garrick@Sakarabeachclub.com

Garrick Edwards

Owner/Manager Sakara Beach Club